Writ refused. We find no error of law in the ruling complained of.

156 So.2d 225

**Curtis M. WHATLEY**

v.

**INSURANCE COMPANY OF NORTH AMERICA et al.**

No. 46873.

Oct. 1, 1963.

In re: Curtis M. Whatley applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 154 So.2d 220.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

156 So.2d 226

**Vera TOOLEY, divorced wife of Ronald J. PENNISON,**

v.

**PROVIDENT LIFE AND ACCIDENT INSURANCE CO., Leroy E. Neesley and Roman Catholic Sisters of Mercy.**

No. 46874.

Oct. 1, 1963.

In re: Vera Tooley, divorced wife of Ronald J. Pennison, applying for certiorari

or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 154 So. 2d 617.

Writ refused. The result is correct.